4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ZIMCO MARINE, INC. | § CIVIL ACTION NO. B-98-141 |
| | § |
| | § |
| vs. | § **IN ADMIRALTY** |
| | § Subject to Rule 9(h) |
| M/V SAHIMO | § of the Fed. R. Civ. P. |

## ORDER

The Plaintiff's Motion Directing Notice of Action and Arrest is granted. The United States Marshal's Service is ordered to give notice to the entity in charge of the M/V SAHIMO pursuant to the Ship Mortgage Act. Inasmuch as the said vessel is of foreign registry, there exists no necessity to give notice to other lien claimants or mortgagee.

If the vessel is not released within ten (10) days after seizure, the Marshal shall publish a notice of action and arrest in the *Brownsville Herald* once by November 5, 1998. All persons claiming an interest in or against the vessel shall file such claim by 5:00 o'clock p.m. on November 16, 1998. A copy shall be delivered to Counsel for Plaintiff. All persons filing a claim of an interest in or against the vessel must answer the complaint by filing such an answer with the Clerk of this Court by 5:00 o'clock p.m. on November 25, 1998. A copy shall be delivered to Counsel for Plaintiff.

DATED the 6 day of October, 1998.

UNITED STATES MAGISTRATE JUDGE

Order
JRO/efm (l:\w\client\zimco\sahimo\order.2nd)

Page 1 of 1