United States District Court
Southern District of Texas
ENTERED

OCT 09 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ZIMCO MARINE, INC. | § CIVIL ACTION NO. B-98-141 |
| | § |
| vs. | § IN ADMIRALTY |
| | § Subject to Rule 9(h) |
| M/V SAHIMO | § of the Fed. R. Civ. P. |

## ORDER APPOINTING SUBSTITUTE CUSTODIAN

It appearing to the Court that conservation of the value of the **M/V SAHIMO** will be achieved by appointment of **TEXAS GULF TRAWLING, INC.** as caretaker of the said **M/V SAHIMO** while under seizure, in rem, by the United States Marshal; and Plaintiff having certified that upon appointment of **TEXAS GULF TRAWLING, INC.** as keeper that the United States Marshal be held harmless for any loss, damage, injury or other damage that might occur to said vessels while under the care of Texas Gulf Trawling, Inc.

IT IS HEREBY ORDERED that the United States Marshal be relieved of the responsibility of providing caretaker services for the M/V SAHIMO, while under seizure, in rem, in the above numbered and styled action and that Texas Gulf Trawling, Inc. be and it is hereby appointed caretaker and keeper of said vessels for the duration of their seizure, effective date hereof; and

IT IS FURTHER ORDERED that Plaintiff in the above numbered and styled cause hold harmless the United States Marshal against any loss, damage, injury or other casualty that might occur to the said M/V SAHIMO while under the care of Texas Gulf Trawling, Inc. for the duration of its seizure herein.

IT IS FURTHER ORDERED that any and all expenses of safekeeping said vessel while under seizure be allowed as Court costs.

DONE THIS 6th day of OCT, 1998.

_____
UNITED STATES MAGISTRATE JUDGE