United States District Court
Southern District of Texas
ENTERED

OCT 0 9 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ZIMCO MARINE, INC. | § CIVIL ACTION NO. B-98-141 |
| | § |
| | § |
| vs. | § **IN ADMIRALTY** |
| | § Subject to Rule 9(h) |
| M/V SAHIMO | § of the Fed. R. Civ. P. |

## ORDER

The Court having considered the Motion of the Plaintiff for an Order directing the United States District Clerk to issue a Writ of Seizure pursuant to Supplemental Rule C against the **M/V SAHIMO**, and being of the opinion that the motion should be granted, the Court rules as follows:

IT IS, THEREFORE, ORDERED that the United States District Clerk for the Southern District of Texas, Brownsville Division, issue a Writ of Seizure against the M/V SAHIMO directing the United States Marshal to seize and attach the vessel on behalf of the Plaintiff;

IT IS FURTHER ORDERED that the M/V SAHIMO can be released from seizure without the necessity of further orders of this Court, provided the United States Marshal receives written authorization to do so from the attorney who requested the seizure, stating that he has conferred with all attorneys representing parties to the litigation, including attorneys for any Intervenors, and they consent to the request for the release and also provided that the Court has not entered any subsequent orders modifying this arrangement for the release of the vessel.

SIGNED this 6TH day of OCT, 1998, at Brownsville, Texas.

_____
UNITED STATES MAGISTRATE JUDGE