United States District Court
Southern District of Texas
ENTERED

OCT 16 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **ZIMCO MARINE, INC.** | § CIVIL ACTION NO. B-98-141 |
| | § |
| | § |
| vs. | § **IN ADMIRALTY** |
| | § Subject to Rule 9(h) |
| **M/V SAHIMO** | § of the Fed. R. Civ. P. |

### ORDER

Came on to be considered the Notice of Dismissal filed by **ZIMCO MARINE, INC.** in the above referenced cause of action, and after due consideration of same, this Court hereby orders as follows:

The above referenced cause of action styled **ZIMCO MARINE, INC. v. M/V SAHIMO** before the United States District Court for the Southern District of Texas, Brownsville Division, Civil Action No. B-98-141 is hereby dismissed without prejudice.

SIGNED for entry the 16th day of October, 1998.

_____
UNITED STATES DISTRICT JUDGE